# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. RAZA AHMAD**

**Docket No. 3:01CR00137-02(JCH)**

### PETITION ON PROBATION AND SUPERVISED RELEASE

**FILED**

COMES NOW Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Raza Ahmad, who was sentenced to probation for a violation of 18 U.S.C. § 4 by the Honorable Janet C. Hall, United States District Judge, sitting in the court at Bridgeport on March 21, 2002, who fixed the period of probation at 3 years which commenced on March 21, 2002 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:  1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in the amount to be determined by the probation officer; 2) The defendant is to co-operate with the government on the facts concerning his conviction; 3) The defendant is to perform 360 hours of community service within the thirty-six months of probation at the rate of at least 10 hours per month. The defendant may perform more than 10 hours a month; 4) The defendant shall pay a fine in the amount of $2,160 at $60 per month for thirty-six months; 5) The defendant shall pay restitution in the amount of $300.00 as stated in the separate Order of Restitution to be filed.

On August 1, 2003, the defendant appeared in court for sentencing following a hearing on a violation of probation. At that time, the term of probation was ordered revoked and the defendant was committed to the custody of the Bureau of Prisons for a period of 6 months to be followed by a term of supervised release of one year. The following special conditions of supervised release were imposed: 1) The defendant shall make payments toward his original fine at the rate of $60 per month;  2) The defendant shall perform 100 hours of community service; 3) The defendant shall participate in a program approved by the United States Probation Officer for substance abuse, either inpatient or outpatient, which may include testing to determine if he has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; and 4) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer. The defendant was released from incarceration on December 16, 2003, at which point his supervised release commenced in the Eastern District of New York.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of probation:

Charge No. 1-Standard Condition: You shall not commit another federal, state, or local crime.  On November 13, 2004, at 12:35 p.m., the offender was arrested by the Suffolk County Police Department and charged with Driving While Intoxicated, in violation of New York state law. The defendant submitted to a breath test at police headquarters and the result was .128% blood alcohol content. The offender was released on bond.

PRAYING THAT THE COURT WILL ORDER that this petition will serve as a summons and tolling his term of supervised release, directing Raza Ahmad to appear before this court at Bridgeport, Connecticut on *April 18*, 2005, at *3:30* ~~a.m.~~/p.m. to show cause why his supervised release should not be revoked. *20,*

**ORDER OF COURT**

Considered and ordered this *14th*
day of December, 2004 and ordered filed and made
a part of the records in the above case

_____
The Honorable Janet C. Hall, United States District Judge

Sworn to By

*Mark D. Myers*
Mark D. Myers
United States Probation Officer

Place *Bridgeport, CT*

Date *12/14/04*

Before me, the Honorable Janet C. Hall United States District Judge, on this *14th* day of December, 2004, at Bridgeport, U.S. Probation Officer Mark D. Myers appeared and upon oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Janet C. Hall
United States District Judge