# United States District Court

_____ DISTRICT OF _____ CONNECTICUT _____

UNITED STATES OF AMERICA
-v-

RAZA AHMAD

**WARRANT FOR ARREST**

**CASE NUMBER:**

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest : RAZA  AHMAD
**and bring him forthwith to the nearest magistrate to answer a**
_____ Indictment    ____ Information    _X__ Complaint    ____ Order of
court    ____ Violation Notice    ____ Probation Violation Petition
charging him or her with

knowingly, passing, attempting to pass and possessing with intent to
defraud counterfeit obligations of the United States

in violation of Title __18_____ United States Code, Section(s) __472_____

HOLLY B. FITZSIMMONS
Name, of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

May 16, 2001, at Bridgeport,
Connecticut
Date and Location

(By) Deputy Clerk,

Bail fixed at $ _____

by _____
        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 5|16|01    new haven |

| DATE RECEIVED 6|25|01 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6|25|01 | Tom Hawe n | |