UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | CASE NO. 3:01CR137 (JCH) |
| | : | |
| v. | : | |
| RAZA AHMAD | : | NOVEMBER 20, 2006 |

**<u>APPEARANCE</u>**

    To the Clerk of this Court and all parties of record: please enter the appearance of the undersigned Assistant United States Attorney, Stephen B. Reynolds, as counsel for the United States of America in this case, in lieu of the appearances of Assistant United States Attorney John A. Danaher, III, and former Assistant United States Attorney Kari Anne Dooley.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    STEPHEN B. REYNOLDS
    ASSISTANT UNITED STATES ATTORNEY
    FEDERAL BAR NO. CT19105
    UNITED STATES ATTORNEY'S OFFICE
    915 LAFAYETTE BOULEVARD
    BRIDGEPORT, CT 06604
    (203) 696-3000
    (203) 579-5575 (FAX)
    Stephen.Reynolds@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of November 2006, the foregoing memorandum was filed with the Court electronically and served by regular first class mail, postage prepaid, upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Francis L. O'Reilly, Esq.
87 Ruane Street
Fairfield, CT  06430

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY